# APRIL TERM, 1930.

This case is controlled by *People* v. *Lowell, ante,* 349.

Error to Clinton; Searl (Kelly S.), J. Submitted January 16, 1930. (Docket No. 151, Calendar No. 34,741.) Decided April 9, 1930.

Olin H. Woodworth was charged with violation of Act No. 338, Pub. Acts 1917. From order discharging defendant, the people bring error. Affirmed.

*Wilber M. Brucker,* Attorney General, and *George G. Hunter,* Prosecuting Attorney, for the people.

PER CURIAM. The questions involved in this case are similar to the ones discussed in *People* v. *Lowell, ante,* 349.

For the reasons stated therein, the judgment in the present case is affirmed.